No. 873, Misc. WATKINS v. WISCONSIN, *ante,* p. 1036;

No. 889, Misc. PAULEKAS v. CLARK, ATTORNEY GENERAL, ET AL., *ante,* p. 1037;

No. 961, Misc. ANDERTEN v. ERICKSON, WARDEN, *ante,* p. 1041;

No. 1008, Misc. SCHIAVONI, ADMINISTRATOR v. HONUS WAGNER CO., *ante,* p. 1042; and

No. 1047, Misc. McNEILL v. STATE USE INDUSTRIES, AUTOMOBILE REGISTRATION PLATES DEPARTMENT, *ante,* p. 1059. Petitions for rehearing denied.

No. 740, Misc. BELTOWSKI v. MINNESOTA, *ante,* pp. 988, 1045. Motion for leave to file second petition for rehearing denied.

No. 798, Misc. JOHNSON v. UNITED STATES, *ante,* p. 1059; and

No. 884, Misc. CACHOIAN v. UNITED STATES, *ante,* p. 1044. Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.

*Assignment Orders.*

An order of THE CHIEF JUSTICE designating and assigning Mr. Justice Reed (retired) to perform judicial duties in the United States Court of Claims on February 4, 1969, and for such further time as may be required to complete unfinished business, pursuant to 28 U. S. C. § 294 (a), is ordered entered on the minutes of this Court, pursuant to 28 U. S. C. § 295.

An order of THE CHIEF JUSTICE designating and assigning Mr. Justice Clark (retired) to perform judicial duties in the United States Court of Appeals for the Second Circuit beginning February 18, 1969, and ending February 20, 1969, and for such further time as may be required to complete unfinished business, pursuant to 28 U. S. C. § 294 (a), is ordered entered on the minutes of this Court, pursuant to 28 U. S. C. § 295.